UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-50187
Civil Docket #SA-00-CV-509

_____

VINCE ANDERWALD, doing business as Rockin A Wrecker Svc.;
PHYLLIS ANDERWALD, doing business as Rockin A Wrecker Svc.;
CARLOS CHAVARRIA, doing business as Chavarria Towing & Repair,

Plaintiffs-Appellees,

versus

GONZALES COUNTY SHERIFF'S DEPARTMENT, ET AL.;

Defendants,

GONZALES COUNTY SHERIFF'S DEPARTMENT;
GLEN A. SACHTLEBEN, Sheriff, Gonzales County,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Western District of Texas
(SA-00-CV-509)

_____

November 9, 2001

Before JONES and DeMOSS, Circuit Judges and FELDMAN, District
Judge:[*]

PER CURIAM:[**]

_____

    [*]    District Judge of the Eastern District of Louisisna,
sitting by designation.

    [**]    Pursuant to 5TH CIR. R. 47.5, the Court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

The court has carefully considered this appeal in light of the briefs, oral arguments and pertinent portions of the record. Having done so, we find no reversible error of fact or law in the district court's order denying immunity. The statutes cited by Gonzales County are equivalent to the "naked grants of authority" and "enabling statutes by which myriad instruments of local government across the country gain basic corporate powers", that were at issue in <u>Surgical Care Center of Hammond, L.C. v. Hospital Service District No. 1 of Tangipahoa Parish</u>, 171 F.3d 231, 236 (5th Cir. 1999) (en banc). As such, we find the analysis of <u>Surgical Care</u> binding and are unable to conclude that the county is shielded from antitrust immunity by virtue of its statutory authority to contract with wrecker services.

The appeal is **DISMISSED**, and the case is **REMANDED** for further proceedings.